# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ARIZONA HALL, | ) |
|     Plaintiff, | ) |
| v. | )    No. 4:13-CV-2436-CDP |
| LEONARD EDWARDS, | ) |
|     Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's pro se "Judicial Notice of Felony Crimes" and "Complaint," along with attached exhibits [Doc. #1]. The Court notes that the documents bear a cause number that appears to reference plaintiff's pending 28 U.S.C. § 2254 habeas corpus case in this Court, *see Hall v. Edwards*, No. 4:13-CV-556-SNLJ-TIA;[1] however, it also appears that plaintiff is attempting to bring a new civil action pursuant to 42 U.S.C. § 1983.

At this time, the Court will liberally construe plaintiff's documents as a new complaint. If this is incorrect, however, plaintiff may inform the Court that he did not intend to initiate a new action, or he may simply opt to not file an amended complaint,

---

[1] The cause number on plaintiff's documents actually states "Cause No. 4:13-CV-0056 (SNLJ)(TIA)."

in which case this action will be dismissed, and the dismissal will *not* constitute a "strike" under 28 U.S.C. § 1915(g).

Assuming that plaintiff intended to file these documents as a new action, the Court finds that the complaint is defective because it has not been drafted on a Court-provided form. *See* Local Rule 2.06(A). Moreover, plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis along with a prison account statement. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form "Prisoner Civil Rights Complaint under 42 U.S.C. § 1983" and a copy of the Court's form "Motion to Proceed In Forma Pauperis – Prisoner Cases."

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within thirty (30) days of the date of this Order.

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, or if he advises the Court, in writing, that he did not intend to file these documents as a new action, then the Court will dismiss this action without prejudice.  If the case is dismissed, the dismissal will not constitute a "strike" under 28 U.S.C. § 1915(g).

Dated this 6th day of December, 2013.

*Catherine D. Perry*
UNITED STATES DISTRICT JUDGE