# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ARIZONA HALL, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:13-CV-2436-CDP |
| LEONARD EDWARDS, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's pro se "Motion to Amend and Supplement Complaint" [Doc. #3].

On December 6, 2013, this Court issued a Memorandum and Order [Doc. #2], instructing plaintiff to file an amended complaint on a Court-provided form within thirty (30) days. In addition, the Court instructed the Clerk of Court to mail plaintiff a copy of the Court's form "Prisoner Civil Rights Complaint under 42 U.S.C. § 1983." Plaintiff has failed to comply with the Court's instructions. His proposed "amended and supplemental complaint" has not been drafted on the Court-provided form. Because plaintiff is proceeding pro se, the Court will give him one last opportunity to comply with the Court's instructions.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall again mail to plaintiff a copy of the Court's form "Prisoner Civil Rights Complaint under 42 U.S.C. § 1983."

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff's "Motion to Amend and Supplement Complaint" [Doc. #3] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to him. If the case is dismissed, the dismissal will not constitute a "strike" under 28 U.S.C. § 1915(g).

Dated this 30th day of December, 2013.

*Catherine D. Perry*
UNITED STATES DISTRICT JUDGE